# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-0351-02-CR-W-GAF |
| ) | |
| MICHAEL H. CARTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant Michael H. Carter's Motion to Suppress Physical Evidence and Statements (Doc. #37). Defendant argues that both physical evidence obtained during the April 22, 2010 warrantless inspection of his business and statements made by Defendant contemporaneous with and subsequent to the inspection should be suppressed.

On April 11, 2011, Chief United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing on the Motion to Suppress.

On August 6, 1998, Chief United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation (Doc. #58).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence and Statements (Doc. #37) is OVERRULED and DENIED.

SO ORDERED.

                                                s/ Gary A. Fenner
                                                Gary A. Fenner, Judge
                                                United States District Court

DATED: July 5, 2011